UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00264 |

**CONSENT MOTION FOR EXTENSION AND BRIEFING SCHEDULE**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants respectfully move this Court for an extension of time of 21 days (until April 22, 2025) to respond to the Complaint, ECF No. 1, and the entry of a briefing schedule. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their Complaint on January 29, 2025, alleging that certain regulatory recissions effectuated by the President, related to planned policy changes to the federal civil service, *see* Executive Order 14171, "Restoring Accountability to Policy-Influencing Positions within the Federal Workforce," are unlawful. The U.S. Attorney for the District of Columbia was served on January 31, 2025, Return of Service 1, ECF No. 9, and Defendants' deadline to respond to the Complaint is April 1, 2025, *see* Fed. R. Civ. P. 12(a)(2).

2. Undersigned counsel represents the Federal Government in other similar litigation challenging Executive Order 14171 and related policies. *Nat'l Treasury Emps. Union v. Trump*, 1:25-cv-00170 (D.D.C.) (complaint filed January 20, 2025); *Public Employees For Environmental*

*Responsibility v. Trump et al*, 8:25-cv-260 (D. Md.) (complaint filed January 28, 2025); *Gov't Accountability Project v. OPM*, 1:25-cv-00347 (D.D.C.) (complaint filed February 6, 2025).

3. There is good cause for a 21-day extension. Undersigned counsel has a substantial current workload, including having filed two motions to dismiss and opposed a motion for a preliminary injunction since March 4, 2025. Additionally, Plaintiffs' complaint implicates substantial administrative law issues which Defendants must consider when drafting their response. Finally, undersigned counsel must coordinate litigation strategy between this case and similar challenges. Together, these circumstances constitute good cause for an extension of 21 days (until April 22, 2025) to respond to the Complaint.

4. The requested extension will not delay the proceedings or otherwise prejudice any party.

5. On March 25, 2025, Defendants sought the view of Plaintiffs on this Motion. On March 27, 2025 Plaintiff consented pursuant to the following proposed briefing schedule:

   a. Defendants' motion to dismiss: April 22

   b. Plaintiff's opposition: May 22

   c. Defendants' reply: June 5

6. Defendants agree that the proposed schedule would best structure the briefing for Defendants' motion to dismiss and request that the Court adopt the schedule.

For the foregoing reasons, good cause exists for the Court to grant this motion, and Defendants respectfully request that the Court grant the requested extension of time until April 22, 2025 for Defendants to respond to the Complaint and that the Court enter the proposed briefing schedule. A proposed order is attached.

Dated: March 27, 2025										Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ *Jason Altabet*
Jason Altabet
(MD Bar No. 2211280012)
Kevin K. Bell
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0727
E-mail: Jason.K.Altabet2@usdoj.gov
*Counsel for the United States*

## CERTIFICATE OF SERVICE

On March 27, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically as authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Jason Altabet*
Jason Altabet
(MD Bar No. 2211280012)
Kevin K. Bell
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0727
E-mail: Jason.K.Altabet2@usdoj.gov
*Counsel for the United States*