# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00264 |

## [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for Extension and Briefing Schedule, and for good cause shown, the motion is GRANTED, and it is ORDERED that Defendants' deadline to respond to Plaintiffs' Amended Complaint is extended to April 22, 2025.

It is hereby ORDERED that the following briefing schedule will govern briefing of that motion:

    a. Defendants' motion to dismiss: April 22

    b. Plaintiffs' opposition: May 22

    c. Defendants' reply: June 5

SO ORDERED.

Dated: _____, 2025

                                                                  Hon. Jia M. Cobb
                                                                  United States District Judge