UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00264 |

## MOTION TO DISMISS

Defendants respectfully move to dismiss the complaint pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The reasons for this motion are set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss.

Dated: April 22, 2025

Respectfully submitted,

ERIC HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Jason Altabet*
Jason Altabet
(MD Bar No. 2211280012)
Kevin K. Bell
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0727

E-mail: Jason.K.Altabet2@usdoj.gov
*Counsel for the United States*

## **CERTIFICATE OF SERVICE**

On April 22, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically as authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Jason Altabet*
Jason Altabet
(MD Bar No. 2211280012)
Kevin K. Bell
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0727
E-mail: Jason.K.Altabet2@usdoj.gov

*Counsel for the United States*