UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00264 |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss, and the whole record, the motion is GRANTED.

It is hereby ORDERED that this case shall be dismissed (with) (without) prejudice.

SO ORDERED.

Dated: _____, 2025

                                                                                        _____
                                                                                        Hon. Jia M. Cobb
                                                                                        United States District Judge