UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00264-JMC |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully notify the Court that in another case in this District, Judge Friedman today granted a motion to modify the briefing schedule in *Government Accountability Project v. Office of Personnel Management*, No. 1:25-cv-00347, ECF No. 32 (D.D.C., Apr. 29, 2025).

*Government Accountability Project* concerns factual and legal questions similar to the questions raised in this litigation, and the *Government Accountability Project* plaintiffs sought a briefing schedule modification similar to the one Plaintiffs are presently seeking in their pending motion (ECF No. 24) in this case. Specifically, the *Government Accountability Project* plaintiffs moved to suspend motion to dismiss briefing and sought leave to file an amended complaint with 21 days of the issuance of a final rule based on the proposed rule "Improving Performance, Accountability, and Responsiveness in the Civil Service," 90 Fed. Reg. 17182 (Apr. 23, 2025).

Plaintiffs filed a similar motion in this matter on April 28, seeking an extension of time to file their opposition to Defendants' pending motion to dismiss until 35 days after the issuance of

a relevant final rule, but have represented, ECF No. 24 at 4, that, if the motion is granted, they may seek leave to file an amended complaint during the 35 days following the issuance of the rule. That motion is currently pending before this Court.

The U.S. District Court for the District of Columbia granted the *Government Accountability Project* plaintiffs' motion today in the attached order, which vacated the extant motion to dismiss briefing schedule, ordered the plaintiffs to file their amended complaint within 21 days of publication of the relevant final rule, and established a briefing schedule for a motion to dismiss contingent on that amended complaint.

Dated: April 29, 2025                                   Respectfully submitted,


                                                        */s/ Mark B. Samburg*
                                                        Abigail V. Carter (DC Bar ID: 1671394)
                                                        J. Alexander Rowell (DC Bar ID: 1780007)
                                                        BREDHOFF & KAISER, P.L.L.C.
                                                        805 Fifteenth Street, N.W. Suite 1000
                                                        Washington, D.C. 20005
                                                        (202) 842-2600
                                                        (202) 842-1888 (fax)
                                                        acarter@bredhoff.com
                                                        arowell@bredhoff.com

                                                        Elena Goldstein*
                                                        Mark B. Samburg (DC Bar ID: 1018533)
                                                        DEMOCRACY FORWARD FOUNDATION
                                                        P.O. Box 34553
                                                        Washington, D.C. 20043
                                                        (202) 448-9090
                                                        (202) 796-4426 (fax)
                                                        egoldstein@democracyforward.org
                                                        msamburg@democracyforward.org

                                                        *admitted *pro hac vice*
                                                        *Counsel for Plaintiffs AFGE and AFSCME*

Rushab B. Sanghvi (DC Bar ID: 1012814)
Andres M. Grajales (DC Bar ID: 476894)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
(202) 639-6426
SanghR@afge.org
Grajaa@afge.org

*Counsel for Plaintiff American Federation
of Government Employees (AFGE)*

Teague P. Paterson (DC Bar ID: 144528)
Matthew S. Blumin (DC Bar ID: 1007008)
AMERICAN FEDERATION OF
STATE, COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO
1101 17th Street N.W. Suite 900
Washington, DC 20036
(202) 775-5900
(202) 452-0556 (fax)
tpaterson@afscme.org
mblumin@afscme.org

*Counsel for Plaintiff American Federation of State
County and Municipal Employees, AFL-CIO
(AFSCME)*