UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO, *et al.*,

    *Plaintiffs,*

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States of
America, *et al.*,

    *Defendants*.

Case No. 1:25-cv-00264-JMC

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to this Court's minute order of April 29, 2025, Plaintiffs respectfully move for a 45-day extension to file their opposition to Defendants' Motion to Dismiss (ECF 23), moving the deadline for the opposition to July 7. Plaintiffs reserve the right to seek further extensions prior to that date.

Counsel for Plaintiffs have consulted with counsel for Defendants, who consent to the motion.

Dated: May 2, 2025

Respectfully submitted,

*/s/ Mark B. Samburg*

Abigail V. Carter (DC Bar ID: 1671394)
J. Alexander Rowell (DC Bar ID: 1780007)
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W. Suite 1000
Washington, D.C. 20005
(202) 842-2600
(202) 842-1888 (fax)
acarter@bredhoff.com
arowell@bredhoff.com

Elena Goldstein*
Mark B. Samburg (DC Bar ID: 1018533)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
(202) 796-4426 (fax)
egoldstein@democracyforward.org
msamburg@democracyforward.org

*admitted *pro hac vice*
*Counsel for Plaintiffs AFGE and AFSCME*

Rushab B. Sanghvi (DC Bar ID: 1012814)
Andres M. Grajales (DC Bar ID: 476894)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
(202) 639-6426
SanghR@afge.org
Grajaa@afge.org

*Counsel for Plaintiff American Federation of Government Employees (AFGE)*

Teague P. Paterson (DC Bar ID: 144528)
Matthew S. Blumin (DC Bar ID: 1007008)
AMERICAN FEDERATION OF
STATE, COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO
1101 17th Street N.W. Suite 900
Washington, DC 20036
(202) 775-5900
(202) 452-0556 (fax)
tpaterson@afscme.org
mblumin@afscme.org

*Counsel for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*