UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00264-JMC |

**CONSENT MOTION FOR STAY**

Pursuant to this Court's April 29, 2025 minute order, Plaintiffs respectfully move to stay this matter for 120 days, in advance of a pending July 7 deadline for Plaintiffs to oppose Defendants' Motion to Dismiss. Defendants consent to this motion.

This action arises in connection with the government's efforts to create a new classification for federal employees, "Schedule Policy/Career." On January 20, 2025, President Trump signed Executive Order 14,171, *Restoring Accountability to Policy-Influencing Positions Within the Federal Workforce*. Among other things, that Executive Order purports to declare some provisions of Office of Personnel Management (OPM) regulations to be inoperative and separately instructs OPM to issue new regulations to rescind the prior regulations. Plaintiffs filed their complaint (ECF No. 1) on January 29, 2025, challenging the government's purported invalidation of regulations without following the Administrative Procedure Act's notice-and-comment rulemaking provisions.

Defendants timely moved to dismiss the complaint on April 22, 2025 (ECF No. 23). On April 23, 2025, OPM published a proposed rule, *Improving Performance, Accountability and Responsiveness in the Civil Service*, 90 Fed. Reg. 17182 (Apr. 23, 2025), to rescind prior OPM regulations as directed by the Executive Order. On April 28, 2025, Plaintiffs moved (ECF No. 24) for an extension to respond to the motion to dismiss until 35 days after issuance of the final rule arising from that rulemaking.

This Court denied that motion in a minute order on April 29, 2025, indicating that Plaintiffs could refile a motion seeking an extension until a date certain or staying the case for a defined period. On May 2, 2025, Plaintiffs moved, with Defendants' consent (ECF No. 26), for a 45-day extension of time to oppose the motion to dismiss. This Court granted that motion in a May 12, 2025 minute order.

Plaintiffs' opposition to Defendants' pending motion to dismiss is currently due on July 7, 2025. Completion of the present rulemaking process, which will not occur by July 7, could potentially moot or narrow the claims Plaintiffs have raised in their operative complaint. Any further work that the parties or the Court put into briefing or deciding those claims before the rulemaking process is complete would therefore be wasted, particularly in light of Defendants' representation that no federal employees will be reclassified to Schedule Policy/Career until completion of the rulemaking.

Defendants have indicated that they anticipate publishing a final rule later this year. The parties agree that staying further proceedings in this matter until after the completion of the rulemaking would allow for more focused litigation, conserve all parties' resources, and promote

judicial economy. Defendants' counsel represents the government in several similar matters,[1] and is now seeking to litigate all of them on the same timeline.

Because the Court indicated in its April 29, 2025 minute order that it would not grant an extension for an uncertain duration, Plaintiffs seek a 120-day stay.[2] After 120 days have expired, the parties will submit a joint status report advising the Court of any updated information regarding the expected timeline for issuance of a final rule and otherwise advising the Court of how the parties intend to proceed.

Dated: June 27, 2025                                   Respectfully submitted,

                                                       */s/ Mark B. Samburg*
                                                       Abigail V. Carter (DC Bar ID: 1671394)
                                                       J. Alexander Rowell (DC Bar ID: 1780007)
                                                       BREDHOFF & KAISER, P.L.L.C.
                                                       805 Fifteenth Street, N.W. Suite 1000
                                                       Washington, D.C. 20005
                                                       (202) 842-2600
                                                       (202) 842-1888 (fax)
                                                       acarter@bredhoff.com
                                                       arowell@bredhoff.com

                                                       Elena Goldstein (DDC Bar ID: NY0620)
                                                       Mark B. Samburg (DC Bar ID: 1018533)
                                                       DEMOCRACY FORWARD FOUNDATION
                                                       P.O. Box 34553
                                                       Washington, D.C. 20043
                                                       (202) 448-9090
                                                       (202) 796-4426 (fax)
                                                       egoldstein@democracyforward.org
                                                       msamburg@democracyforward.org

                                                       *Counsel for Plaintiffs AFGE and AFSCME*

---

[1] *See NTEU v. Trump*, No. 1:25-cv-170 (D.D.C., Jan. 20, 2025) (Cobb, J.); *Public Employees for Environmental Responsibility v. Trump*, No. 8:25-cv-260 (D.Md., Jan. 28, 2025)); *Government Accountability Project v. OPM*, No. 1:25-cv-347 (D.D.C., Feb. 6, 2025).

[2] If the government completes its rulemaking during the 120-day window, Defendants agree they will not oppose a motion from Plaintiffs to immediately terminate the stay.

Rushab B. Sanghvi (DC Bar ID: 1012814)
Andres M. Grajales (DC Bar ID: 476894)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
(202) 639-6426
SanghR@afge.org
Grajaa@afge.org

*Counsel for Plaintiff American Federation
of Government Employees (AFGE)*

Teague P. Paterson (DC Bar ID: 144528)
Matthew S. Blumin (DC Bar ID: 1007008)
AMERICAN FEDERATION OF
STATE, COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO
1101 17th Street N.W. Suite 900
Washington, DC 20036
(202) 775-5900
(202) 452-0556 (fax)
tpaterson@afscme.org
mblumin@afscme.org

*Counsel for Plaintiff American Federation of State
County and Municipal Employees, AFL-CIO
(AFSCME)*