UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00264-JMC |

**STIPULATION OF VOLUNTARY DISMISSAL**

The parties hereby stipulate and agree that the above-captioned action is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). Each party will bear its own fees and costs.

Plaintiffs in the above-captioned action intend, by way of an amended complaint, to join the pending lawsuit in *Public Employees for Environmental Responsibility v. Trump*, No. 8:25-cv-260 (D. Md., Jan. 28, 2025) ("*PEER*").[1] All parties agree that judicial efficiency and the resources of the parties will benefit from this consolidation of actions; Defendants therefore agree to consent to the amendment of the complaint in *PEER* to allow for the addition of Plaintiffs in this matter as plaintiffs in *PEER*. Defendants however reserve all rights and defenses in the *PEER* action. The parties further agree that, for purposes of Rule 41(d), dismissal of this matter followed by Plaintiffs joining *PEER* by amendment does not constitute filing "an action based on or including the same claim against the same defendant."

---

[1] Plaintiffs' counsel Mark B. Samburg and Elena Goldstein represent the plaintiff in *PEER*; that plaintiff has agreed to such an amendment.

Dated: November 24, 2025

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director


/s/ Jason K. Altabet
JASON K ALTABET
Trial Attorney (Md. Bar No. 2211280012)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Counsel for Defendant*

Respectfully submitted,

/s/ Mark B. Samburg

Abigail V. Carter (DC Bar ID: 1671394)
J. Alexander Rowell (DC Bar ID: 1780007)
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W. Suite 1000
Washington, D.C. 20005
(202) 842-2600
(202) 842-1888 (fax)
acarter@bredhoff.com
arowell@bredhoff.com

Elena Goldstein*
Mark B. Samburg (DC Bar ID: 1018533)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
(202) 796-4426 (fax)
egoldstein@democracyforward.org
msamburg@democracyforward.org

*admitted *pro hac vice*
*Counsel for Plaintiffs AFGE and AFSCME*

Rushab B. Sanghvi (DC Bar ID: 1012814)
Andres M. Grajales (DC Bar ID: 476894)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
(202) 639-6426
SanghR@afge.org
Grajaa@afge.org

*Counsel for Plaintiff American Federation of Government Employees (AFGE)*

Teague P. Paterson (DC Bar ID: 144528)
Matthew S. Blumin (DC Bar ID: 1007008)
AMERICAN FEDERATION OF
STATE, COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO
1101 17th Street N.W. Suite 900

Washington, DC 20036
(202) 775-5900
(202) 452-0556 (fax)
tpaterson@afscme.org
mblumin@afscme.org

*Counsel for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*